Reinstated; Motion Granted; Appeal Dismissed and
Memorandum Opinion filed June 23, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01162-CV

____________

 

JAY JORDAN, Appellant

 

V.

 

ENSCO INCORPORATED, ENSCO INTERNATIONAL INCORPORATED,
ENSCO INC., ENSCO OFFSHORE COMPANY, ENSCO OFFSHORE DRILLING, INC., ENSCO
OPERATING COMPANY, and ENSCO DRILLING COMPANY, Appellees

 



 

On Appeal from the 189th District Court

Harris County, Texas

Trial Court Cause No. 2004-45208

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 9, 2010.  On March 1, 2011, this
court abated the appeal for a hearing to consider whether the missing portion
of the reporter’s record is necessary to the appeal.  See Tex. R. App.
P. 34.6(f).  On June 20, 2011, the parties filed a joint motion to dismiss the
appeal because the case has been settled.  See Tex. R. App. P. 42.1.  We
grant the motion and order the appeal reinstated.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Anderson, Brown, and
Christopher.